IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER D. THOMPSON,

    Petitioner,                                      No. 2:13-cv-0747 AC

    vs.

SACRAMENTO MUNICIPAL                  ORDER
COURT,

    Respondent.

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, petitioner is advised that the exhaustion of available state remedies is a prerequisite to a federal court's consideration of claims sought to be presented in habeas corpus proceedings. See Rose v. Lundy, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b). A petitioner can satisfy the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court. Picard v. Connor,

1

404 U.S. 270, 276 (1971), Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021 (1986).

      A review of the petition reflects the following: (1) petitioner was sentenced on February 1, 2013, following his no contest plea to driving under the influence in violation of the state's Vehicle Code; (2) petitioner did not appeal the conviction or sentence; (3) petitioner did not seek review in the state Supreme Court; and (4) petitioner has not filed any other petitions, application, or motions with respect to this conviction. See ECF No. 1 at 2, 5, 6. Petitioner also does not have petition, appeal, or other matter pending in any court. Id. at 6. Further, petitioner makes no allegation that state remedies are no longer available to him.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

      2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: April 22, 2013.

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

AC:rb/thom0747.101a